1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| CHANG WOO, | ) | CASE NO.: 8:19-cv-01754-AG-DFM |
|---|---|---|
| Plaintiff, | ) | *Hon. Andrew J. Guilford* |
| vs. | ) | **JUDGMENT** |
| U.S. BANK TRUST, N.A., as TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

On October 24, 2019, this Court entered an order dismissing Plaintiff Chang Woo's ("Plaintiff") Complaint on the merits and with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:**

1.      That this entire action is dismissed with prejudice; and

2.      That judgment be entered in favor of defendants U.S. Bank Trust N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. as to each and every claim, and that Plaintiff takes nothing by way of his claims.

**IT IS SO ORDERED.**

Dated:  October 25, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT
*Woo v. U.S. Bank Trust, N.A., et al.*  Case No. 8:19-cv-01754-AG-DFM